**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jose Guevara–Uravac

        Plaintiff,

v.

Case No.: 1:24–cv–08728
Honorable Georgia N. Alexakis

Sushi Ukai, Inc., et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 27, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: Status hearing held on 7/27/2026. For the reasons reflected on the record, the parties' sealed joint motion for settlement approval [95] and sealed joint motion for Rule 23 class certification [96] are stricken, and the parties' joint motion for preliminary approval of settlement [97] and joint motion for Rule 23 class certification for settlement purposes only and pursuant to the parties' settlement agreement [98] are granted. By 7/30/2026, the Court directed the parties to file a motion seeking approval of their notice plan and to submit an amended proposed order, in Word format, to the Court's proposed order inbox. A final approval hearing is set for 10/14/2026 at 9:30 a.m. A more complete schedule for resolution of this matter will follow. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.